IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JESSIE LEE BROWN, | * |
|     Plaintiff, | * |
| vs. | *  CASE NO. 4:25-CV-253 (CDL) |
| OFFICER DARINGTON, *et al.*, | * |
|     Defendants. | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 3, 2025 is hereby approved, adopted, and made the Order of the Court.  The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 5th day of January, 2026.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA